In The
*Court of Appeals*
*Ninth District of Texas at Beaumont*
**NO. 09-22-00388-CV**

**SABINE TROTMAN AND GLAZE & ASSOCIATES, INC., Appellants**

**V.**

**TINA FONTAINE AND GERALD FONTAINE, Appellees**

**On Appeal from the 457th District Court**
**Montgomery County, Texas**
**Trial Cause No. 21-06-07539-CV**

**MEMORANDUM OPINION**

Sabine Trotman and Glaze & Associates, Inc., Appellants, filed an unopposed motion to dismiss this appeal. *See* Tex. R. App. P. 42.1(a)(1). Appellants filed the motion before the appellate court issued a decision in the appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on May 3, 2023
Opinion Delivered May 4, 2023

Before Horton, Johnson and Wright, JJ.